

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UNITED STATES OF AMERICA**

v.  Criminal No. **3:13CR178**

**JOSUE IVAN CAMACHO-MENDOZA,**

Petitioner.

## MEMORANDUM OPINION

Josue Ivan Camacho-Mendoza ("Petitioner"), a federal inmate proceeding *pro se*, brings this motion pursuant to 28 U.S.C. § 2255 ("§ 2255 Motion," ECF No. 366). By Memorandum Order entered on January 26, 2018, the Court directed service on the Government. (ECF No. 399.) On February 13, 2018, the United States Post Office returned a copy of the January 26, 2018 Memorandum Order that was mailed to Petitioner marked, "RETURN TO SENDER" and "NO LONGER AT THIS ADDRESS."

Petitioner failed to contact the Court to provide a current address. Accordingly, by Memorandum Order entered on February 15, 2018, the Court explained that "Petitioner's failure to contact the Court and provide a current address indicate[d] his lack of interest in prosecuting this action." (ECF No. 401, at 1 (citing Fed. R. Civ. P. 41(b)).). The Court directed Petitioner to notify the Court, within eleven (11) days of the date of entry thereof, of his desire to proceed. (*Id.*) The Court warned that a failure to respond would result in dismissal of this action. (*Id.*)

On February 26, 2018, the United States Post Office returned a copy of the February 15, 2018 Memorandum Order that was mailed to Petitioner, marked, "RETURN TO SENDER" and "NO LONGER AT THIS ADDRESS." More than eleven (11) days have elapsed since the entry of the February 15, 2018 Memorandum Order and Petitioner has not responded to notify the

Court of his desire to proceed on his § 2255 Motion. Accordingly, the action will be DISMISSED for failure to prosecute. Petitioner's § 2255 Motion (ECF No. 366) will be DENIED.

An appropriate Order will accompany this Memorandum Opinion.

                                                       /s/
                                         M. Hannah Lauck
                                         United States District Judge

Date: APR 12 2016
Richmond, Virginia